STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TZIU AKE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-170 RS |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| JEYSER TZIU AKE, | ) | |
| Defendant. | ) | Date: September 17, 2013<br>Time: 2:30 p.m.<br>Court: The Honorable Richard Seeborg |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from September 17, 2013 until October 1, 2013 at 2:30 p.m. The purpose of the continuance is due to the need for defense counsel to have additional time raising objections and contributing material to the Final Presentence Report.

Assistant United States Attorney Elise Becker has no objection to continuing the sentencing to October 1, 2013, as evidenced by her signature at the conclusion of this stipulation. Moreover, United States Probation Officer JD Woods has been contacted by defense counsel, and has no objection to continuing the sentencing to October 1, 2013 at 2:30 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: 8/26/13 | _____/S/_____<br>ELIZABETH M. FALK |
| 2 | | Assistant Federal Public Defender |
| 3 | | |
| 4 | DATED: 8/26/13 | _____/S/_____<br>ELISE BECKER |
| 5 | | Assistant United States Attorney |

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to October 1, 2013 at 2:30 p.m.

DATED: 8/26/13  _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE