MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    Fax: (415) 436-7234
    Email: janaki.gandhi@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0170 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | Date: October 1, 2013 |
| JEYSER IVAN TZIU-AKE, | Time: 2:30 p.m. |
| Defendant. | Court: Honorable Richard Seeborg |

The United States, by and through the undersigned counsel, and Defendant Jeyser Ivan Tziu-Ake, by and through counsel Elizabeth Falk, hereby file this joint stipulation and proposed order continuing the defendant's sentencing hearing to October 15, 2013, at 2:30 p.m.

       The purpose of the continuance is for the anticipated amendment of the Presentence Report (PSR). In speaking with the Probation Officer assigned to this case, John D. Woods, the government learned that the victim statements contained in the PSR are stale. The government confirmed that the National Center for Missing and Exploited Children does have on file a report and several current and relevant victim statements specifically relating to the present case. The government has requested this report, and the Probation Officer has agreed to amend the PSR to reflect the current

victim statements.

As a result, the parties stipulate to continuing the sentencing hearing to October 15, 2013, to permit the Probation Officer to review the victim report and amend the PSR accordingly. A continuance is also necessary to permit the parties to file additional briefing responding to the amendments to the PSR. The government has confirmed that the Probation Officer is available for sentencing on October 15, 2013, at 2:30pm.

SO STIPULATED:


MELINDA HAAG
United States Attorney


DATED: September 27, 2013        _____/s/_____
JANAKI GANDHI
Special Assistant United States Attorney


DATED: September 27, 2013        _____/s/_____
ELIZABETH FALK
Attorney for Defendant Jeyser Ivan Tziu-Ake

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to October 15, 2013, at 2:30 p.m.

IT IS SO ORDERED.

DATED: __9/27/13_____

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge